## HENRY BURBAGE *vs.* THOMAS DAZY et al.

The writ of estrepement cannot be issued in an action of trespass quare clausum fregit.

TRESPASS quare clausum fregit.

*Mr. Layton* asked for a writ of estrepement founded on an affida-

vit that defendants were about to cut timber on his land and trees to pay taxes assessed for the laying out and cutting a ditch, under an order of court. The defendants were ditch commissioners.

*The Court* refused to award the writ. It is a writ grantable only in real actions, and in the action of ejectment to which it was extended by the act of 1829. (*Digest.* 167; *Higgins' lessee* vs. *Phillips*, 3 *Harr. Rep.*, 49.)